| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jorge Zamora** | | Social Security number or ITIN | **xxx–xx–5516** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julie Zamora** | | Social Security number or ITIN | **xxx–xx–7119** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | | | |
| Case number:   **11–25900** | | | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jorge Zamora                                             Julie Zamora

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

August 29, 2016                                          **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                              United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-25900-ABG
Jorge Zamora                                                          Chapter 13
Julie Zamora
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 2              Date Rcvd: Aug 29, 2016
                               Form ID: 3180W             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb         +Jorge Zamora,    Julie Zamora,    516 W. Weeping Willow Rd.,    Round Lake, IL 60073-4213
17439397        ACS,   PO Box 371821,    Pittsburgh, PA 15250-7821
17775382       +American Student Assistance Guarantor,    100 Cambridge Street, Suite 1600,
                 Boston, MA 02114-2567
17595822       +Asset Acceptance LLC / Assignee / Wells Fargo Bank,    Po Box 2036,    Warren MI 48090-2036
17439399        Associated Recovery Systems,    P.O. Box 4690046,    Escondido, CA 92046-9046
17678747       +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
17439403        Blitt & Gaines, P.C.,    66  Glenn Ave.,    Wheeling, IL 60090
17846319        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
17439411       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,
                 Cincinnati, OH 5=45263-0001)
17501336        Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
24628698       +Midland Credit Management, Inc.,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
17439415        NCO Financial Systems,    Payment Services,    P.O. Box 60500,    City of Industry, CA 91716-0500
17538155        SLM Trust 2011-2,    c/o ACS,    PO Box 22724,    Long Beach, CA 90801-5724
22762361       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
17439420        Stoneleigh Recovery Associates, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17439398       +EDI: ACCE.COM Aug 30 2016 01:28:00      Asset Acceptance,    P.O. Box 2036,
                 Warren, MI 48090-2036
17595820       +EDI: ACCE.COM Aug 30 2016 01:28:00      Asset Acceptance LLC / Assignee / Citibank,
                 Po Box 2036,    Warren MI 48090-2036
17439400        EDI: BANKAMER.COM Aug 30 2016 01:28:00      BAC Home Loans,    450 American St.,
                 Simi Valley, CA 93065-6285
17456275        EDI: BANKAMER2.COM Aug 30 2016 01:28:00      FIA Card Services, N.A. as successor,
                 in interest to Bank of America,N.A.(USA),    and MBNA America Bank, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
17439401       +EDI: BANKAMER2.COM Aug 30 2016 01:28:00      Bank of America,    P.O. Box 17054,
                 Wilmington, DE 19850-7054
17439402        EDI: TSYS2.COM Aug 30 2016 01:28:00      Barclay Card Services,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
17680029       +EDI: OPHSUBSID.COM Aug 30 2016 01:28:00      CANDICA LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17881454        EDI: RESURGENT.COM Aug 30 2016 01:28:00      CR Evergreen II, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
17439404       +E-mail/Text: cms-bk@cms-collect.com Aug 30 2016 01:58:38      Capital Management Services, LP,
                 726 Exchange St. Ste. 700,    Buffalo, NY 14210-1464
17439405       +EDI: CAPITALONE.COM Aug 30 2016 01:28:00      Capital One,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
17439406        EDI: CHASE.COM Aug 30 2016 01:28:00      Chase,    Cardmember Service,    PO Box 15153,
                 Wilmington, DE 19886-5153
17439407        EDI: RCSFNBMARIN.COM Aug 30 2016 01:28:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
17922951       +EDI: BANKAMER.COM Aug 30 2016 01:28:00      Deutsche Bank National Trust Co., et al,
                 c/o Bank of America, N.A.,    Bk. Dept., Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
17439409       +EDI: HFC.COM Aug 30 2016 01:28:00      Direct Merchants Bank,    Payment Center,    P.O. Box 17313,
                 Baltimore, MD 21297-1313
17439410        E-mail/Text: bknotice@erccollections.com Aug 30 2016 01:59:29
                 Enhanced Recovery Company, LLC,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
17439412        EDI: HFC.COM Aug 30 2016 01:28:00      Household Bank,    12447 SW 69th Ave.,
                 Tigard, OR 97223-8517
17439413        EDI: MID8.COM Aug 30 2016 01:28:00      Midland Credit Management,    8875 Aero Dr. Ste. 200,
                 San Diego, CA 92123-2255
17439414       +EDI: MID8.COM Aug 30 2016 01:28:00      Midland Funding LLC,    8875 Aero Dr. 200,
                 San Diego, CA 92123-2255
17716569        EDI: PRA.COM Aug 30 2016 01:28:00      Portfolio Recovery Associates, LLC,
                 Squaretwo Financial/Metris,    by PRA Receivables Mgmt,    POB 41067,    Norfolk VA 23541
18495583       +EDI: RESURGENT.COM Aug 30 2016 01:28:00      PYOD LLC,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
17439416        EDI: RMSC.COM Aug 30 2016 01:28:00      Paypal Credit Services/GEMB,    P.O. Box 960080,
                 Orlando, FL 32896-0080
17933370        EDI: Q3G.COM Aug 30 2016 01:28:00      RaZor Capital II LLC,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
17439417        EDI: HFC.COM Aug 30 2016 01:28:00      Reward Zone Program Mastercard,    P.O. Box 17051,
                 Baltimore, MD 21297-1051
18099534       +EDI: DRIV.COM Aug 30 2016 01:28:00      SANTANDER CONSUMER USA,    dba Drive Financial Svcs,
                 8585 N Stemmons Fwy,    Ste 1100-N,    Dallas, TX 75247-3822

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Aug 29, 2016
                               Form ID: 3180W             Total Noticed: 43


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17439418       EDI: DRIV.COM Aug 30 2016 01:28:00      Santander Consumer USA,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
17439419       EDI: CITICORP.COM Aug 30 2016 01:28:00      Shell/Citibank,    P.O. Box 6497,
                Sioux Falls, SD 57117-6497
19723188      +EDI: BANKAMER.COM Aug 30 2016 01:28:00      THE BANK OF NEW YORK MELLON,,
                FKA THE BANK OF NEW YORK c/o,    BANK OF AMERICA,    MAIL STOP TX2-982-03-03,
                7105 CORPORATE DR., PTX-B-209,    PLANO, TX 75024-4100
17439421      +EDI: WFFC.COM Aug 30 2016 01:28:00      Wells Fargo Financial Cards,    P.O. Box 14487,
                Des Moines, IA 50306-3487
                                                                                               TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17716853*     +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
17573193*     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17439408     ##+Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
          Carrie A Zuniga    on behalf of Debtor 2 Julie   Zamora czuniga@lakelaw.com
          Carrie A Zuniga    on behalf of Debtor 1 Jorge   Zamora czuniga@lakelaw.com
          David P Leibowitz, ESQ   on behalf of Debtor 2 Julie   Zamora dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          David P Leibowitz, ESQ   on behalf of Debtor 1 Jorge   Zamora dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Jill Sidorowicz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK
           jsidorowicz@wmlegal.com,    ndil@wmlegal.com
          Michael Dimand    on behalf of Creditor    The Bank of New York Mellon mdimand@aol.com,
           bankruptcyfilings@wirbickilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor    Fifth Third Bank tmlong@tmlong.com,   Courts@tmlong.com
                                                                                             TOTAL: 9
```